**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

Andrew Gordon, Tavis McNeil, Donald    )
Wrighton, Nicholas Cole, Jacob Grisson,    )
and Dawn Dewey, On Behalf of Themeselves )
and Others Similarly Situated,    )
    )
        Plaintiffs,    )
    )
    v.    )    CA No.: 2:14-cv-3365-DCN
    )
TBC Retail Group, Inc., d/b/a Tire Kingdom,    )
    )
        Defendant.    )
_____ )

**NOTICE OF FILING PLAINTIFF CONSENT TO JOIN**

      Plaintiffs, Gerald Sawyer, Thomas Gibson, Nicolas Camacho, Thomas Williams, Anibal Colon, Jamie Quinones, Anthony Biganini, Shawn Lemons, Chris Kowalski, Patrick Crawford, Anthony Manfre, Junior Cabeza, Leonard Purvee, Daniel Wolinski, Jonathan Vogelius, Eddie Foley, Jose Rivera, Shaun Robinson, Travis Espinosa, and Wayne Young, by and through the undersigned counsel, hereby provides notice of filing Plaintiffs' Consent to Join.

Dated: December 10, 2015        Respectfully submitted,

                /s/ Marybeth Mullaney
                Marybeth Mullaney (Fed. ID No. 11162)
                MULLANEY LAW
                321 Wingo Way Suite 201
                Mount Pleasant, SC 29464
                Marybeth@mullaneylaw.net

                William C. Tucker (Fed. ID No. 6187)
                Tucker Law Firm, PLC
                223 West Main Street, Suite A
                Charlottesville, Virginia 22902
                bill.tucker@tuckerlawplc.com

                Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing document was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on December 10, 2015:

Wade E. Ballard
Ford & Harrison LLP
100 Dunbar Street, Suite 300
Spartanburg, SC 29306
wballard@fordharrison.com

Kristin Gray
Ford & Harrison LLP
100 Dunbar Street, Suite 300
Spartanburg, SC 29306
kstarnes@fordharrison.com

/s/ Marybeth Mullaney
Marybeth Mullaney, Esq.