# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Andrew Gordon, Tavis McNeil, Donald Wrighton, Nicholas Cole, Jacob Grisson, and Dawn Dewey, On Behalf of Themeselves and Others Similarly Situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CA No.: 2:14-cv-3365-DCN |
| TBC Retail Group, Inc., d/b/a Tire Kingdom, ) ) | |
| Defendant. ) ) | |

## NOTICE OF FILING PLAINTIFF CONSENT TO JOIN

Plaintiffs, James Ryan, Jesse Sanford, Brian Montalvo, Aspil Jean-Louis, Lanny Bauyan, William McDaniel, Kevin Fryar, Robert Pritchard, Matthew Beavers, Harold Busigo, Chad Hoffmaster, William Gauntt, Edwin Santoni, Christopher Weller, Jeffery Walker, Jesus Guevara, Carden Hiles, Nathan Pinner, Angel Sanchez, and Donald Storrjohann, by and through the undersigned counsel, hereby provides notice of filing Plaintiffs' Consent to Join.

Dated: December 22, 2015

Respectfully submitted,

/s/ Marybeth Mullaney
Marybeth Mullaney (Fed. ID No. 11162)
MULLANEY LAW
321 Wingo Way Suite 201
Mount Pleasant, SC 29464
Marybeth@mullaneylaw.net

William C. Tucker (Fed. ID No. 6187)
Tucker Law Firm, PLC
223 West Main Street, Suite A
Charlottesville, Virginia 22902
bill.tucker@tuckerlawplc.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing document was filed electronically with the Clerk's office by using the CM/ECF system and served electronically upon the parties as indicated below through the Court's ECF system on December 22, 2015:

Wade E. Ballard
Ford & Harrison LLP
100 Dunbar Street, Suite 300
Spartanburg, SC 29306
wballard@fordharrison.com

Kristin Gray
Ford & Harrison LLP
100 Dunbar Street, Suite 300
Spartanburg, SC 29306
kstarnes@fordharrison.com

                                    /s/ Marybeth Mullaney
                                    Marybeth Mullaney, Esq.